EDITH GOUGH EVERITT, Respondent, v. CHARLES M. EVERITT, Appellant.—

Motion to resettle order denied. Present — Kelly, P. J., Rich, Kelby, Young and Kapper, JJ.